DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————————

B.K.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

Appellee.

No. 2D2025-2457
————————————————————

April 15, 2026

Appeal from the Department of Children and Families.

B.K., pro se.

Nandie R. Sharma, Assistant General Counsel, and Christopher Vignieri, Regional General Counsel, Department of Children and Families, Tampa, for Appellee.


PER CURIAM.

     Affirmed.


SILBERMAN, MORRIS, and BLACK, JJ., Concur.

————————————————————

Opinion subject to revision prior to official publication.